# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWEY WEST,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation,<br><br>　　　　　　Respondent. | Case No. CV 11-6791-R (LAL)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 16, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE